UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**OMNIBUS NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Orlans PC, by counsel, hereby gives notice that Daniel K. Eisenhauer (Bar Number #888314169), withdraws as counsel from the cases listed on the attached Exhibit 1, effective as of the date of this notice.

PLEASE TAKE FURTHER NOTICE that Gene Jung (Bar Number #14950), an attorney employed by Orlans PC, will be substituted as counsel in place of Mr. Eisenhauer in all of the cases listed on the attached Exhibit 1.

Dated: December 9, 2025

Respectfully Submitted,
Orlans PC

By: /s/Daniel K. Eisenhauer_
Daniel K. Eisenhauer (BN: 888314169)

By: /s/Gene Jung
Gene Jung (BN: 14950)
Orlans PC
PO Box 2548
Leesburg, Virginia 20177
(703) 777-4261
gjung@orlans.com
*Attorney for the Movant*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Withdrawal and Substitution of Counsel was or will be served electronically via the CM/ECF system.

/s/Gene Jung_____
Gene Jung (BN: 14950)