# Select a Case

**There was 1 matching person.**

**There were 40 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|------|----------|-----------|------------------------|------------|------------|-------------|
| Eisenhauer, Daniel Kevin (aty) (40 cases) | [19-00197-ELG](#) | Anthony M Rachal, III | 13 | 03/27/19 | N / A | N / A |
| | [19-00446-ELG](#) | Michelle D. Suggs | 13 | 07/08/19 | N / A | N / A |
| | [19-00550-ELG](#) | Rietchie Dean | 13 | 08/15/19 | N / A | N / A |
| | [19-00828-ELG](#) | Jaspreet Kaur Attariwala | 13 | 12/17/19 | N / A | N / A |
| | [19-00849-ELG](#) | Kathleen E Gant | 13 | 12/29/19 | N / A | N / A |
| | [20-00404-ELG](#) | Arthur L. Hopkins | 13 | 09/29/20 | N / A | N / A |
| | [20-00423-ELG](#) | Tony Philson and Tracy Philson | 13 | 10/15/20 | N / A | N / A |
| | [20-00429-ELG](#) | Tynisha Perry Holmes | 13 | 10/21/20 | N / A | N / A |
| | [21-00004-ELG](#) | Samson G. Asrat | 13 | 01/05/21 | N / A | N / A |
| | [21-00015-ELG](#) | LaVerne Mason Wilkins | 13 | 01/15/21 | N / A | N / A |
| | [22-00010-ELG](#) | Ashley Nicole Haskett | 13 | 01/26/22 | N / A | N / A |
| | [22-00054-ELG](#) | William Liggins | 13 | 03/25/22 | N / A | N / A |
| | [22-00060-ELG](#) | Deborah E. Wright | 13 | 03/31/22 | N / A | N / A |
| | [23-00129-ELG](#) | Qualitra Chantel Brown | 13 | 05/15/23 | N / A | N / A |
| | [23-00160-ELG](#) | Rachel H Dove | 13 | 06/20/23 | N / A | N / A |
| | [23-00215-ELG](#) | Jill Harper | 13 | 08/03/23 | N / A | N / A |
| | [23-00217-ELG](#) | Charles Paxton Paret | 7 | 08/04/23 | N / A | N / A |
| | [23-00239-ELG](#) | Casey Broughton Stringer | 7 | 08/28/23 | N / A | N / A |
| | [23-00261-ELG](#) | Darryl W Thomas | 13 | 09/13/23 | N / A | N / A |
| | [23-00280-ELG](#) | Ashley L Scott | 13 | 10/02/23 | N / A | N / A |
| | [24-00043-ELG](#) | Altagracia Claribel Reynoso | 13 | 02/21/24 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-00276-ELG | John W. Fraser, III and Tsahai M. Fraser | 13 | 08/08/24 | N / A | N / A |
| 24-00299-ELG | Dana Bacon | 13 | 08/29/24 | N / A | N / A |
| 24-00335-ELG | Maury Anthony Braham | 13 | 10/04/24 | N / A | N / A |
| 24-00360-ELG | Lisa Danielle Frazier | 13 | 10/23/24 | N / A | N / A |
| 24-00394-ELG | Da'Mali T. Goings | 13 | 11/21/24 | N / A | N / A |
| 24-00414-ELG | Lucille Washington | 13 | 12/04/24 | N / A | N / A |
| 25-00010-ELG | George William Pacori | 13 | 01/09/25 | N / A | N / A |
| 25-00087-ELG | Daniel P. Singh | 13 | 03/11/25 | N / A | N / A |
| 25-00173-ELG | Judith LaVerne Gee | 13 | 05/09/25 | N / A | N / A |
| 25-00194-ELG | Victor Esteves Garcia | 7 | 05/20/25 | N / A | N / A |
| 25-00264-ELG | 1522 C Street, LLC | 11 | 07/09/25 | N / A | N / A |
| 25-00320-ELG | Jackie Sylvester Thomas | 13 | 08/07/25 | N / A | N / A |
| 25-00322-ELG | Suzanne M Miller | 7 | 08/11/25 | N / A | N / A |
| 25-00323-ELG | Ronald Dewayne Branch and Treliease Williams | 13 | 08/11/25 | N / A | N / A |
| 25-00421-ELG | Andre Titus Brooks, Sr. | 13 | 09/17/25 | N / A | N / A |
| 25-00424-ELG | Cheryl L. Ambush | 13 | 09/19/25 | N / A | N / A |
| 25-00447-ELG | Lisa A. Edwards | 13 | 10/01/25 | N / A | N / A |
| 25-00498-ELG | Kimberley Jean Baker | 13 | 10/29/25 | N / A | N / A |
| 25-00552-ELG | Ernestine Flythe | 7 | 11/25/25 | N / A | N / A |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/24/2025 08:17:06 | | | |
| **PACER Login:** | pjm19595 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | LName: Eisenhauer FName: Daniel Type: aty Open Cases: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |