**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | Case No. 22-00010-ELG |
| ASHLEY NICOLE HASKETT | |
| Debtor | Chapter 13 |

_____

NEWREZ LLC D/B/A/ SHELLPOINT MORTGAGE
SERVICING, Movant,
v.
ASHLEY NICOLE HASKETT, Debtor/Respondent,
and
REBECCA A. HERR, Trustee/Respondent.

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## (208 FARRAGUT STREET NW #F-205, WASHINGTON, DC 20011)

Newrez LLC d/b/a/ Shellpoint Mortgage Servicing ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor having an address of 208 Farragut Street NW #F-205, Washington, DC 20011 (the "Property"), for all purposes allowed by the Note (defined below), the Security Agreement (defined below), and applicable law, including but not limited to the right to foreclose.  In further support of this Motion, Movant respectfully states:

1.      A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on January 26, 2022.

2.      A Chapter 13 Plan was confirmed on September 13, 2022.

3.      The Debtor has executed and delivered or are otherwise obligated with respect to that certain promissory note in the original principal amount of $147,250.00 (the "Note").  A copy of the Note is attached hereto.

4.      Pursuant to that certain Loan Security Agreement (the "Security Agreement"), all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the Security Agreement are secured by the Property.[1]  A copy of the Security Agreement is attached hereto. The Security Agreement is secured against the Property by virtue of a recorded UCC Financing Statement. A copy of the UCC Financing Statement is attached hereto.

5.      The unpaid principal balance as of January 14, 2026 is $131,910.16. The estimated

---

[1] The loan security agreement is a lien on the membership certificate stock of the housing cooperative in which the Property is located. The 51 shares of capital stock of Square 3324 Hampshire Gardens Apartments, Inc. allocated to unit F-205 are collectively part of the Property.

Gregory Mullen, DCFB# MD0020
6001 Executive Blvd, Suite 200, Rockville, MD 20852
(301) 961-6555 (Phone), bankruptcy@bww-law.com

_BWW#:DC-373884_

outstanding Obligations are:

| | |
|---|---:|
| Unpaid Principal Balance | $131,910.16 |
| Unpaid Accrued Interest | $1,885.89 |
| NSF Fees | $0.00 |
| Uncollected Late Charges | $0.00 |
| Mortgage Insurance Premium | $61.35 |
| Taxes and Insurance Payments on behalf of Debtor | $232.76 |
| Other Fees and Costs | $0.00 |
| Less Partial Payments | $-30.00 |
| Minimum Outstanding Obligations | $134,060.16 |

6.      The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtor as of January 14, 2026.

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|:---:|:---:|:---:|:---:|:---:|
| 4 | 10/01/2025 | 01/01/2026 | $793.01 | $3,172.04 |
| | Less post-petition partial payments (suspense balance): | | | $-770.67 |

**Total Post-petition Payments:**      **$2,401.37**

7.      In addition reasonable attorney fees and court filing costs not to exceed $1,549.00 will be incurred for representation in this matter.

8.      The estimated market value of the Property is $147,500.00. The basis for such valuation is the Debtor's Schedules.

9.      Cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected.

(b) Movant's interest in the collateral is not protected by an adequate equity cushion.

10.     NewRez LLC D/B/A Shellpoint Mortgage Servicing services the underlying mortgage loan and note for the Property referenced in this Motion for Movant. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtain(s) a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is endorsed in blank. Movant is the beneficiary or assignee of the Deed of Trust.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the

Gregory Mullen, DCFB# MD0020
6001 Executive Blvd, Suite 200, Rockville, MD 20852
(301) 961-6555 (Phone), bankruptcy@bww-law.com

BWW#:DC-373884

stay and granting the following:

1.      Relief from the stay for all purposes allowed by the Note, the Security Agreement, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2.      That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3.      For such other relief as the Court deems proper.

                                                    Respectfully Submitted,

Dated:    02/11/2026                           /s/ Gregory C. Mullen
                                                    Gregory Mullen, Esq.
                                                    DC Fed. Bar No. MD0020
                                                    Aldridge | Pite, LLP
                                                    6001 Executive Blvd, Suite 200
                                                    Rockville, MD  20852
                                                    301-961-6555; 301-961-6545 (facsimile)
                                                    bankruptcy@bww-law.com
                                                    *Counsel for the Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February, 2026, a copy of the foregoing Motion for Relief from Automatic Stay, was mailed by first class mail, postage prepaid, to the following persons:

Rebecca A. Herr, Trustee                    Maurice Belmont VerStandig
185 Admiral Cochrane Dr., Suite 240         9812 Falls Road #114-160
Annapolis, MD 21401                         Potomac, MD 20854

Ashley Nicole Haskett
208 Farragut Street, NW, Apartment 205
Washington, DC 20011

                                                    /s/ Gregory C. Mullen
                                                    Gregory Mullen, Esq.
                                                    *Counsel for the Movant*

Gregory Mullen, DCFB# MD0020
6001 Executive Blvd, Suite 200, Rockville, MD 20852
(301) 961-6555 (Phone), bankruptcy@bww-law.com

*BWW#:DC-373884*