# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>ASHLEY NICOLE HASKETT<br>    Debtor | Case No. 22-00010-ELG<br><br>Chapter 13 |

NEWREZ LLC D/B/A/ SHELLPOINT MORTGAGE SERVICING
    Movant

v.

ASHLEY NICOLE HASKETT
    Debtor/Respondent
and
REBECCA A. HERR
    Trustee/Respondent

## NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO MOTION

PLEASE TAKE NOTICE THAT WITHIN 17 DAYS AFTER FILING OF THIS MOTION you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and served (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.

Respectfully Submitted,

Dated:___02/11/2026____            _____/s/ Gregory C. Mullen_____
Gregory Mullen, Esq.
DC Bar No. MD0020
Aldridge | Pite, LLP
6001 Executive Blvd, Suite 200
Rockville, MD 20852
301-961-6555; 301-961-6545 (facsimile)
GMullen@aldridgepite.com
*Counsel for the Movant*

Gregory Mullen, DCFB# MD0020
6001 Executive Blvd, Suite 200, Rockville, MD 20852
(301) 961-6555 (Phone), bankruptcy@bww-law.com                    Matter ID#: DC-373884

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 11th day of February, 2026, a copy of the foregoing Notice of Deadline to File and Serve Objection to Motion, was mailed by first class mail, postage prepaid, to the following persons:

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Maurice Belmont VerStandig
9812 Falls Road #114-160
Potomac, MD 20854

Ashley Nicole Haskett
208 Farragut Street, NW
Apartment 205
Washington, DC 20011

                                                                      */s/ Gregory C. Mullen*
                                          Gregory Mullen, Esq.
                                          DC Bar No. MD0020
                                          Aldridge | Pite, LLP
                                          6001 Executive Blvd, Suite 200
                                          Rockville, MD 20852
                                          301-961-6555; 301-961-6545 (facsimile)
                                          GMullen@aldridgepite.com
                                          *Counsel for the Movant*