**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: <br> ASHLEY NICOLE HASKETT <br>     Debtor <br> _____ <br> NEWREZ LLC D/B/A/ SHELLPOINT MORTGAGE SERVICING, Movant, <br> v. <br> ASHLEY NICOLE HASKETT, Debtor/Respondent, <br>  and <br>  REBECCA A. HERR, Trustee/Respondent. | Case No. 22-00010-ELG <br><br> Chapter 13 |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO**
**208 FARRAGUT STREET NW UNIT F-205, WASHINGTON, DC 20011**

Upon review of the Motion for Relief from Automatic Stay filed herein by Newrez LLC d/b/a/ Shellpoint Mortgage Servicing ("Movant"), and in the absence of any opposition thereto, it is

ORDERED that the automatic stay imposed by 11 U.S.C. § 362(a) is TERMINATED for all purposes allowed by the Note, the Deed of Trust, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to cause the commencement or continuation of a foreclosure proceeding, and/or pursue other means, as permitted by applicable law, of obtaining or transferring title to the real property belonging to the Debtor and known as 208 Farragut Street NW Unit F-205, Washington, DC 20011 (the "Property"), and to allow the successful purchaser or transferee to obtain possession of same; and it is further,

Gregory Mullen, DCFB# MD0020
6001 Executive Blvd, Suite 200, Rockville, MD 20852
(301) 961-6555 (Phone), bankruptcy@bww-law.com      Matter ID#: DC-373884

ORDERED, that the automatic stay of 11 U.S.C. § 362(a) shall not be reimposed by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

cc:

Aldridge | Pite, LLP
6001 Executive Blvd, Suite 200
Rockville, MD 20852

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Maurice Belmont VerStandig
9812 Falls Road #114-160
Potomac, MD 20854

Ashley Nicole Haskett
208 Farragut Street, NW
Apartment 205
Washington, DC 20011

**END OF ORDER**