# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:  
ASHLEY NICOLE HASKETT,  
    Debtor

Case No. 22-00010-ELG

Chapter 13

---

NEWREZ LLC D/B/A/ SHELLPOINT MORTGAGE  
SERVICING, Movant,  
v.  
ASHLEY NICOLE HASKETT, Debtor/Respondent,  
and  
REBECCA A. HERR, Trustee/Respondent.

## RE-NOTICE OF HEARING FOR MOTION FOR RELIEF FROM AUTOMATIC STAY

    NOTICE IS HEREBY GIVEN that a hearing on Newrez LLC d/b/a/ Shellpoint Mortgage Servicing's ("Movant") Motion for Relief from Automatic Stay has been scheduled pursuant to 11 U.S.C. § 362 as follows:

**Date: March 25, 2026    Time: 09:30 AM**

before the Honorable Elizabeth L. Gunn, both in Courtroom 1 and also remotely by Zoom for Government. Parties intending to appear should contact the courtroom deputy, Aimee Mathewes Lee, via phone at (202) 354-3178 or via email (aimee_mathewes@dcb.uscourts.gov) for Zoom hearing access codes.

    NOTICE IS ALSO GIVEN that the Court may, at the time hereinabove scheduled, combine the preliminary hearing with the final hearing pursuant to 11 U.S.C. § 362(e).

    Respectfully Submitted,

Dated: 03/10/2026

    /s/ Gregory C. Mullen  
Gregory Mullen, Esq., Bar No. MD0020  
Aldridge | Pite, LLP  
6001 Executive Blvd, Suite 200  
Rockville, MD 20852  
301-961-6555 (p), 301-961-6545 (facsimile)  
bankruptcy@bww-law.com  
*Counsel for the Movant*

BWW#:DC-373884

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 10th day of March, 2026, a copy of the foregoing Re-Notice of Hearing for Motion for Relief from Automatic Stay was mailed, first class postage prepaid to:

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

Maurice Belmont VerStandig
9812 Falls Road #114-160
Potomac, MD 20854

Ashley Nicole Haskett
208 Farragut Street, NW
Apartment 205
Washington, DC 20011

                                                  _/s/ Gregory C. Mullen_
                                             Gregory Mullen, Esq.