**Fill in this information to identify the case:**

Debtor 1 Ashley Nicole Haskett

Debtor 2 ______________________
(Spouse, if filing)

United States Bankruptcy Court for the: ______________ District of District of Columbia
(State)

Case number 22-00010-ELG

Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** NewRez LLC dba Shellpoint Mortgage Servicing

**Court claim no**. (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: 4795

**Date of payment change:**
Must be at least 21 days after date of this notice: 1/1/2027

**New total payment:**
Principal, interest, and escrow, if any: $ 792.83
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______________________

**Current escrow payment:** $ 112.47 **New escrow payment:** $ 100.41

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______________________

**Current interest rate:** ________% **New interest rate:** ________%

**Current principal and interest payment:** $ ________ **New principal and interest payment:** $ ________

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No
☐ Yes.

**Current HELOC payment:** **$________**

**Reconciliation amount:** **+ $_______ or**
**- $_______**

Debtor 1 Ashley Nicole Haskett
First Name Middle Name Last Name

Case number (*if known*) 22-00010-ELG

**Amount of next payment (including reconciliation amount)** **$_______**

**Amount of the new payment thereafter (without reconciliation amount)** **$_______**

**Part 4: Other Payment Change**

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ____________________

**Current mortgage payment:** $ ______________ **New mortgage payment:** $ ______________

**Part 5: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Gregory C. Mullen
Signature

Date 11/12/2026

Print: Gregory Mullen
First Name Middle Name Last Name

Title Attorney for Creditor

Company Aldridge Pite, LLP

Address Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700
Number Street

Atlanta GA 30305
City State ZIP Code

Contact phone (404 ) 994-7400

Email GMullen@aldridgepite.com

shellpoint®

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
For Inquiries: 800-365-7107

[redacted]

Analysis Date: October 12, 2026
Loan: [redacted]
Property Address:
208 FARRAGUT ST NW APT 205
WASHINGTON, DC 20011

ASHLEY HASKETT
208 FARRAGUT ST NW APT 205
WASHINGTON DC 20011

## Annual Escrow Account Disclosure Statement - Account History

**THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY**

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jan 01, 2027 |
|---|---|---|
| P & I Pmt: | $692.42 | $692.42 |
| Escrow Pmt: | $112.47 | $100.41 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment | $804.89 | $792.83 |

| Prior Esc Pmt | February 01, 2026 |
|---|---|
| P & I Pmt: | $692.42 |
| Escrow Pmt: | $112.47 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment | $804.89 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | May 01, 2026 |
| Escrow Balance: | -$424.79 |
| Anticipated Pmts to Escrow: | $899.76 |
| Anticipated Pmts from Escrow (-): | $245.40 |
| Anticipated Escrow Balance: | $229.57 |

| Shortage/Overage Information | Effective Jan 01, 2027 |
|---|---|
| Upcoming Total Annual Bills | $1,177.20 |
| Required Cushion | $73.50 |
| Required Starting Balance | $257.25 |
| Escrow Shortage | -$27.68 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 73.50. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 196.20 or 1/6 of the anticipated payment from the account.

*** Since you are in an active bankruptcy, your new payment shown above is the post-petition payment amount.*

This is a statement of actual activity in your escrow account from Feb 2026 to Dec 2026. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | | Description | Required | Actual |
| | | | | | | Starting Balance | 288.69 | (232.76) |
| Feb 2026 | 97.43 | 100.59 | 61.35 | 61.35 | * | PMI | 324.77 | (193.52) |
| Mar 2026 | 97.43 | 301.77 | 61.35 | 61.35 | * | PMI | 360.85 | 46.90 |
| Apr 2026 | 97.43 | 224.94 | 61.35 | 61.35 | * | PMI | 396.93 | 210.49 |
| May 2026 | 97.43 | 112.47 | 61.35 | 61.35 | * | PMI | 433.01 | 261.61 |
| Jun 2026 | 97.43 | | 61.35 | 61.35 | * | PMI | 469.09 | 200.26 |
| Jun 2026 | | | | 441.00 | * | Hazard | 469.09 | (240.74) |
| Jul 2026 | 97.43 | | 433.00 | | * | Hazard | 133.52 | (240.74) |
| Jul 2026 | | | 61.35 | 61.35 | | PMI | 72.17 | (302.09) |
| Aug 2026 | 97.43 | | 61.35 | 61.35 | * | PMI | 108.25 | (363.44) |
| Sep 2026 | 97.43 | | 61.35 | 61.35 | * | PMI | 144.33 | (424.79) |
| Oct 2026 | 97.43 | | 61.35 | | * | PMI | 180.41 | (424.79) |
| Nov 2026 | 97.43 | | 61.35 | | * | PMI | 216.49 | (424.79) |
| Dec 2026 | 97.43 | | 61.35 | | * | PMI | 252.57 | (424.79) |
| | | | | | | Anticipated Transactions | 252.57 | (424.79) |
| Sep 2026 | | P | | 61.35 | | PMI | | (486.14) |
| Oct 2026 | | P | | 61.35 | | PMI | | (547.49) |
| Nov 2026 | | P | | 61.35 | | PMI | | (608.84) |
| Dec 2026 | | 899.76 P | | 61.35 | | PMI | | 229.57 |
| | $1,071.73 | $1,639.53 | $1,107.85 | $1,177.20 | | | | |

**An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.**
**P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown .**

Shellpoint Mortgage Servicing
For Inquiries: 800-365-7107
[redacted]

Analysis Date: October 12, 2026
Loan: [redacted]

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

**THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account
Your unpaid pre-petition escrow Amount is $0.00. This amount has been removed from the projected starting balance.

Original Pre-Petition Amouont $0.00, Paid Pre-Petition Amount $0.00, Remaining Pre-Petition Amount $0.00.

| Date | Anticipated Payments | | | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | Description | Anticipated | Required |
| | | | Starting Balance | 229.57 | 257.25 |
| Jan 2027 | 98.10 | 61.35 | PMI | 266.32 | 294.00 |
| Feb 2027 | 98.10 | 61.35 | PMI | 303.07 | 330.75 |
| Mar 2027 | 98.10 | 61.35 | PMI | 339.82 | 367.50 |
| Apr 2027 | 98.10 | 61.35 | PMI | 376.57 | 404.25 |
| May 2027 | 98.10 | 61.35 | PMI | 413.32 | 441.00 |
| Jun 2027 | 98.10 | 61.35 | PMI | 450.07 | 477.75 |
| Jul 2027 | 98.10 | 441.00 | Hazard | 107.17 | 134.85 |
| Jul 2027 | | 61.35 | PMI | 45.82 | 73.50 |
| Aug 2027 | 98.10 | 61.35 | PMI | 82.57 | 110.25 |
| Sep 2027 | 98.10 | 61.35 | PMI | 119.32 | 147.00 |
| Oct 2027 | 98.10 | 61.35 | PMI | 156.07 | 183.75 |
| Nov 2027 | 98.10 | 61.35 | PMI | 192.82 | 220.50 |
| Dec 2027 | 98.10 | 61.35 | PMI | 229.57 | 257.25 |
| | $1,177.20 | $1,177.20 | | | |

**G – Pending Disbursements prior to the bankruptcy filing date. Pre-petition disbursements.**

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 229.57. Your starting balance (escrow balance required) according to this analysis should be $257.25. This means you have a shortage of 27.68. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.
We anticipate the total of your coming year bills to be1,177.20. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $98.10 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $2.31 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $100.41 |

[redacted]

**Please read the following important notices as they may affect your rights**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is [redacted]

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource(800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

We may report information about your account to credit bureaus Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

# CERTIFICATE OF SERVICE

I hereby certify that on this November 20, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing NOTICE OF MORTGAGE PAYMENT CHANGE will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr
185 Admiral Cochrane Dr
Ste 240
Annapolis, MD 21401

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
mac@mbvesq.com

I hereby further certify that on this November 20, 2026, a copy of the foregoing NOTICE OF MORTGAGE PAYMENT CHANGE was also mailed first class mail, postage prepaid, to:

Ashley Nicole Haskett
208 Farragut Street, NW
Apartment 205
Washington, DC 20011

*<u>/s/Gregory Mullen</u>*______________________________
Gregory Mullen, DC Bar No. MD0020
Aldridge Pite, LLP
6001 Executive Blvd, Ste 200
Rockville, MD 20852
GMullen@aldridgepite.com
*Attorney for the Creditor*